**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00553-CV

## IN RE DAVID RADCLIFF AND TONI RADCLIFF, Relators

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-08385-Y**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relators' petition for writ of mandamus.  We **ORDER** that relators bear the costs of this original proceeding.

/s/ KERRY P. FITZGERALD
   JUSTICE